1
2
3
4
5
6
7
8      United States District Court
9      Eastern District of California
10
11  Christian Jacobs,                    )  Case No. 2:13-cv-01575-TLN-KJN
12         Plaintiff,                    )
13                                       )  **Order Granting Joint Stipulation to Motion for Temporary Restraining Order**
14         v.                            )
15  Sacramento Swap Meet, Inc. dba       )
    Sacramento Classic Car & Parts       )
16  Swap Meet,                           )
17         Defendant.                    )  Hon. Troy L. Nunley
18                                       )
19  _____      )
20
21
22
23
24
25
26
27
28

*Jacobs v. Sacramento Swap Meet, Inc.*                Case No. 2:13-cv-01575-TLN-KJN
**Order Granting Joint Stipulation to Motion for Temporary Restraining Order**

1  IT IS HEREBY ORDERED that:

2  SSM shall be enjoined from detaining, removing, or prohibiting
3  Jacobs from SSM's public accommodation, the parking lot of the Sleep
4  Train Arena, at 1 Sports Parkway in Sacramento, CA, ("Venue") on August
5  4, 2013, so long as SSM's basis for Jacobs' detention, removal, or
6  prohibition is that Jacobs utilizes a power-driven mobility device. This
7  Order shall not excuse Jacobs from adhering to SSM's and Venue's rules
8  applicable to all ticketed attendees, which may include the prohibited
9  solicitation of products, merchandise and/or services. This Temporary
10 Restraining Order ("TRO") shall remain in effect until August 5, 2013,
11 upon which date this Order shall automatically expire, rendering this Order
12 ineffective and inconsequential.

14 IT IS SO ORDERED:

16 Date: August 2, 2013

_____
Troy L. Nunley
United States District Judge

*Jacobs v. Sacramento Swap Meet, Inc.*          Case No. 2:13-cv-01575-TLN-KJN
**Order Granting Joint Stipulation to Motion for Temporary Restraining Order**
1