1
2
3
4
5
6
7
8               United States District Court
9               Eastern District of California
10

11 | Christian Jacobs,                         )   Case No. 2:13-cv-01575-TLN-KJN
12 |     Plaintiff,                            )
13 |                                           )   **Order Granting Joint Stipulation**
14 |     v.                                    )   **to Motion for Temporary**
                                               )   **Restraining Order**
15 | Sacramento Swap Meet, Inc. dba            )
   | Sacramento Classic Car & Parts            )
16 | Swap Meet,                                )
17 |                                           )   Hon. Troy L. Nunley
   |     Defendant.                            )
18 |                                           )
19 | _____       )

20
21
22
23
24
25
26
27
28

1  IT IS HEREBY ORDERED that:

2  SSM shall be enjoined from detaining, removing, or prohibiting
3  Jacobs from SSM's public accommodation, the parking lot of the Sleep
4  Train Arena, at 1 Sports Parkway in Sacramento, CA, ("Venue") on August
5  4, 2013, so long as SSM's basis for Jacobs' detention, removal, or
6  prohibition is that Jacobs utilizes a power-driven mobility device. This
7  Order shall not excuse Jacobs from adhering to SSM's and Venue's rules
8  applicable to all ticketed attendees, which may include the prohibited
9  solicitation of products, merchandise and/or services. This Temporary
10 Restraining Order ("TRO") shall remain in effect until August 5, 2013,
11 upon which date this Order shall automatically expire, rendering this Order
12 ineffective and inconsequential.

14 IT IS SO ORDERED:

16 Date: August 2, 2013

20 _____
   Troy L. Nunley
21 United States District Judge

*Jacobs v. Sacramento Swap Meet, Inc.*            Case No. 2:13-cv-01575-TLN-KJN
**Order Granting Joint Stipulation to Motion for Temporary Restraining Order**
1