UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian Jacobs,<br><br>    Plaintiff,<br><br>    v.<br><br>Sacramento Swap Meet, Inc. dba Sacramento Classic Car & Part Swap Meet,<br><br>    Defendant. | Case No. 2:13-cv-01575-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER**<br><br>Honorable Troy L. Nunley |

GOOD CAUSE HAVING BEEN SHOWN Defendant Sacramento Swap Meet, Inc.'s time to file an answer is hereby extended to September 20, 2013.

IT IS SO ORDERED.

Dated: September 13, 2013

*[signature]*

Troy L. Nunley
United States District Judge