1

2

3

4

5

6

7

8                                        United States District Court

9                                       Eastern District of California

10

11   Christian Jacobs,                      )   Case No. 2:13-cv-01575-TLN-KJN
                                            )
12                                          )
                                            )
13        Plaintiff,                        )
                                            )   **Order Extending Time to File**
14        vs.                               )   **Dispositional Documents.**
                                            )
15                                          )
     Sacramento Swap Meet, Inc. dba         )
16   Sacramento Classic Car & Parts         )
     Swap Meet,                             )
17                                          )
                                            )
18        Defendant.                        )
                                            )
19   _____       )

20

21

22

23        WHEREAS on September 20, 2013, this Court issued an Order

24   directing all dispositional documents to be filed on or before October 11,

25   2013;

26   ///

27

28
     *Jacobs v. Sacramento Swap Meet, Inc.*                    Case No. 2:13-cv-01575-TLN-KJN
                     **Order Extending Time to File Dispositional Documents**
                                          Page 1

1    WHEREAS, pursuant to mutual agreement of the parties, the final

2  installment of the settlement payment is not due until November 20, 2013;

3  and,

4    WHEREAS, in order to conserve judicial resources and avoid needless

5  expense to the parties,

6    THEREFORE, the Court hereby extends time to file dispositional

7  documents from October 11, 2013, to November 22, 2013.

8

9  IT IS ORDERED.

10

Dated: October 23, 2013

11

12

13

14                          Troy L. Nunley
                            United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28