United States District Court

Eastern District of California

| | |
|---|---|
| Christian Jacobs, | Case No. 2:13-cv-01575-TLN-KJN |
| Plaintiff, | |
| vs. | **Order Extending Time to File Dispositional Documents.** |
| Sacramento Swap Meet, Inc. dba Sacramento Classic Car & Parts Swap Meet, | |
| Defendant. | |

WHEREAS on September 20, 2013, this Court issued an Order directing all dispositional documents to be filed on or before October 11, 2013;

///

1     WHEREAS, pursuant to mutual agreement of the parties, the final
2 installment of the settlement payment is not due until November 20, 2013;
3 and,

4     WHEREAS, in order to conserve judicial resources and avoid needless
5 expense to the parties,

6     THEREFORE, the Court hereby extends time to file dispositional
7 documents from October 11, 2013, to November 22, 2013.

9 IT IS ORDERED.

11 Dated: October 23, 2013

_____
Troy L. Nunley
United States District Judge

*Jacobs v. Sacramento Swap Meet, Inc.*                Case No. 2:13-cv-01575-TLN-KJN
**Order Extending Time to File Dispositional Documents**
Page 2